IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CRANDALL O POSTELL, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00339-TES |
| | * |
| JUDGE G E BO ADAMS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 24, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk